307 Ga. 675
FINAL COPY

S19Y1650.  IN THE MATTER OF RICHARD M. COLBERT.

PER CURIAM.

Richard M. Colbert (State Bar No. 176530), who was admitted to the State Bar of Georgia in 1986, has filed a petition for voluntary surrender of his license, stating that he is currently incarcerated in federal prison as a consequence of his December 2016 guilty plea to 13 felony counts in the United States District Court for the Northern District of Florida.  He states that he notified the Florida Bar of the convictions; that the Florida Bar granted his petition for disciplinary revocation, which is tantamount to disbarment; that he failed to notify the State Bar; and that the State Bar notified him in July 2019 that it had become aware of his convictions and Florida revocation and requested that he submit this petition.  He acknowledges that because of his convictions and failure to notify the Bar of them, he is in violation of Rules 8.4 (a) (2) and 9.1 of the Georgia Rules of Professional Conduct, found in Bar Rule 4-102 (d).

The maximum sanction for a violation of Rule 8.4 (a) (2) is disbarment and for 9.1 is a public reprimand. He also states that he is subject to reciprocal discipline under Rule 9.4 and that imposition of substantially similar discipline would be disbarment. Finally, he acknowledges that the voluntary surrender of his license is tantamount to disbarment. See Bar Rule 1.0 (r). The State Bar has filed a response, asking the Court to accept the petition.

Having reviewed the petition and response, we agree to accept Colbert's petition for voluntary surrender of his license, which is tantamount to disbarment. See Bar Rule 1.0 (r). Accordingly, it is hereby ordered that the name of Richard M. Colbert be removed from the rolls of persons authorized to practice law in the State of Georgia. Colbert is reminded of his duties pursuant to Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. All the Justices concur.*

DECIDED JANUARY 13, 2020.
Voluntary surrender of license.

2

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, James S. Lewis, Assistant General Counsel State Bar*, for State Bar of Georgia.